# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2007

134977

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RITA P. SPIRES,
         Plaintiff-Appellee,

v

                                   SC: 134977
                                   COA: 276722
                                   Ottawa CC Family Div:
                                   01-041876-DP

ANTHONY J. BERGMAN,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2007

_____
Clerk

p1120